**RAMMY G. BARBARI**

Virginia Bar No. 88414
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 870-0139
rammy@PriceBenowitz.com
Counsel for Luis Villarino

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | Criminal No. 2:22-cr-30-ART-DJA |
| v. | ) | |
| | ) | |
| LUIS VILLARINO, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION TO DELAY
SELF-SURRENDER AND REPORT DATE**

Defendant Luis Villarino, by and through undersigned counsel, respectfully moves this Honorable Court to delay his self-surrender and report date, currently scheduled for July 18, 2022, *see* ECF No. 741 in Case No. 1:19-cr-253-MSN (Eastern District of Virginia ("EDVA")), to a date no later than seven days following the conclusion of the trial of his co-defendants in this matter, whatever date that may be. In support of this motion, counsel states the following:

1.  On December 13, 2019, Mr. Villarino entered a guilty plea in this matter to Count 1 of the Indictment in the Eastern District of Virginia, Case No. 1:19-cr-253. *See* ECF No. 136

1

(EDVA).

2. On May 7, 2021, Mr. Villarino was sentenced to a term of incarceration of twelve months and one day, and a three-year term of supervised release. The court ordered him to self-surrender on August 16, 2021. *See* ECF No. 494 (EDVA).

3. On August 20, 2021, the co-defendants' trial was continued to January 11, 2022. *See* ECF No. 662 (EDVA).

4. As a result, on August 23, 2021, Mr. Villarino's self-surrender date was continued to February 1, 2022. *See* ECF No. 667 (EDVA).

5. On January 4, 2022, the co-defendants' trial was continued to June 27, 2022. *See* ECF No. 733 (EDVA).

6. As a result, on January 5, 2022, Mr. Villarino's self-surrender date was continued to July 18, 2022. *See* ECF No. 741 (EDVA).

7. On February 3, 2022, U.S. District Judge Michael S. Nachmanoff ordered that this case be transferred to this Court for the reasons stated from the bench. *See* ECF No. 773 (EDVA).

8. On May 16, 2022, this Court ordered that the trial in the above-captioned matter will begin on September 12, 2023. *See* ECF No. 41 (DNV).

9. Mr. Villarino has been on pretrial supervision since September 25, 2019. *See* ECF No. 43 (EDVA).

10. The government consents to this motion.

WHEREFORE, given the transfer of this case to the District of Nevada and for the foregoing reasons and such other that this Honorable Court may deem just and proper, Mr. Villarino respectfully requests that this Court vacate the Order at ECF No. 741 (EDVA), and

2

instead order that Mr. Villarino self-surrender and report to his term of imprisonment no later than seven days following the conclusion of the trial in this matter.

Respectfully submitted,

_____/s/_____

Rammy G. Barbari
VSB # 88414
*Counsel for Luis Villarino*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
(202) 870-0139
rammy@PriceBenowitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Consent Motion has been served via the CM/ECF system upon all parties in this matter.

_____/s/_____

Rammy G. Barbari

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES,  )  | |
| Plaintiff,  ) | Criminal No. 2:22-cr-30-ART-DJA |
| v.  ) | |
| LUIS VILLARINO,  ) | |
| Defendant.  ) | |

## ORDER

This Court, having considered Defendant's Consent Motion to Delay Self-Surrender and Report Date, it be and is hereby,

**ORDERED** that the Defendant's motion is **GRANTED**, and it is hereby

**FURTHER ORDERED** that the Defendant shall self-surrender and report to his term of imprisonment no later than seven days following the conclusion of the trial in this matter, and it is hereby

**FURTHER ORDERED** that that all conditions of release set forth in the September 25, 2019 Order remain in effect [*See* ECF No. 43 in Case No. 1:19-cr-253-MSN, United States District Court for the Eastern District of Virginia].

The Clerk is directed to provide a copy of this Order to the U.S. Marshals Service and to all counsel of record.

June 6, 2022
_____                                      _____
**DATE**                                                **ANNE R. TRAUM**
                                                        **United States District Judge**