UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LUIS ANGEL VILLARINO,<br><br>           Defendant. | CASE NO.  2:22-CR-00030-RFB-DJA-8<br><br>**ORDER TO DELAY SURRENDER AND REPORT DATE**<br><br>(Eighth Request) |

      This matter coming before the Court on a Stipulation to Delay Surrender and Report Date, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

      WHEREFORE, IT IS ORDERED THAT the Defendant shall self-surrender and report to his term of imprisonment no later than sixty (60) days from the date of the last sentencing in this case, currently set for October 30, 2025, ECF. No. 759.  That would be **December 29, 2025.**

      IT IS FURTHER ORDERED THAT all conditions of release set forth in the September 25, 2019 Order remain in effect. [See, United States District Court for the Eastern District of Virginia, 1:19-cr-00253-MSN, ECF 43].

Dated this 8th day of October 2025.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4