Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ANGEL VILLARINO,<br><br>Defendant. | CASE NO. 2:22-CR-00030-RFB-DJA-8<br><br>**STIPULATION AND ORDER TO DELAY SURRENDER AND REPORT DATE**<br><br>**(Ninth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through MATTHEW R. GALEOTTI, Acting Assistant Attorney General and Head of the Criminal Division, MATTHEW A. LAMBERTI, Senior Counsel, SIGAL CHATTAH, First Assistant United States Attorney, JESSICA OLIVA, Assistant United States Attorney, and LUIS ANGEL VILLARINO, by and through his attorney, LANCE A. MANINGO, of MANINGO LAW, that the date by which Mr. Villarino must self-surrender and report to his term of imprisonment in the instant case, now scheduled for December 29, 2025 (ECF No. 774), be vacated and continued to a date sixty (60) days from the date of the last sentencing in this case, currently set for February 19, 2026 (ECF No. 784).

/ / /

/ / /

1

This Stipulation is entered into for the following reasons:

1. The Defendant has been under conditions of release since September 25, 2019. Eastern District of Virginia ("EDVA") ECF (19-cr-253-MSN), No. 43. On May 7, 2021, Defendant was sentenced to 12 months and a day in prison on one count of conspiracy to commit criminal copyright infringement. EDVA ECF Nos. 494 and 496.

2. On June 8, 2021, after a consent motion filed by the defendant, Judge Ellis in EDVA ordered Defendant to self-surrender and report to his term of imprisonment on September 7, 2021. EDVA No. 521.

3. On August 23, 2021, after a consent motion filed by the Defendant, Judge Ellis in EDVA ordered Defendant to self-surrender and report to his term of imprisonment by February 1, 2022. EDVA No. 667.

4. On January 5, 2022, after a consent motion filed by the Defendant, Judge Nachmanoff in EDVA ordered Defendant to self-surrender and report to his term of imprisonment by July 18, 2022. EDVA No. 741.

5. On June 6, 2022, after a consent motion filed by the Defendant, Judge Traum ordered Defendant to self-surrender and report to his term of imprisonment no later than seven days following the conclusion of the trial in this matter. ECF No. 46.

6. On November 19, 2024, after a stipulation filed by the United States of America and the Defendant, the Court ordered Defendant to self-surrender and report to his term of imprisonment no later than April 7, 2025. ECF. No. 647.

7. On March 11, 2025, after a stipulation filed by the United States of America and the Defendant, the Court ordered Defendant to self-surrender and report to his term

of imprisonment no later than August 5, 2025 by 2:00 pm in the reporting district time zone. ECF. No. 673.

8. On June 26, 2025, after a stipulation filed by the United States of America and the Defendant, the Court ordered the Defendant to self-surrender and report to his term of imprisonment no later than November 3, 2025. ECF No. 727.

9. On October 8, 2025, after a stipulation filed by the United States of America and the Defendant, the Court ordered the Defendant to self-surrender and report to his term of imprisonment no later than December 29, 2025. ECF No. 774.

10. The additional time requested herein is sought to allow Mr. Villarino time to comply with the terms of his guilty plea agreement, and to allow the government time to evaluate whether it intends to file a Motion for a Reduced Sentence under F.R.Crim.P 35(b)(2). The additional time is not sought for purposes of delay.

WHEREFORE, the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing Mr. Villarino's self-surrender and report date in the above-captioned matter to a date sixty (60) days from the date of the last sentencing in this case, currently set for February 19, 2026—that is, on April 20, 2026. ECF No. 784.

RESPECTFULLY SUBMITTED this 3rd day of December 2025.

By: /s/ Lance A. Maningo  
LANCE A. MANINGO  
Attorney for Defendant

/s/ Jessica Oliva  
JESSICA OLIVA  
Assistant U.S. Attorney

By: /s/ Matthew A. Lamberti  
MATTHEW A. LAMBERTI  
Senior Counsel  
U.S. Department of Justice

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ANGEL VILLARINO,<br><br>Defendant. | CASE NO. 2:22-CR-00030-RFB-DJA-8<br><br>**ORDER TO DELAY SURRENDER AND REPORT DATE**<br><br>**(Ninth Request)** |

This matter coming before the Court on a Stipulation to Delay Surrender and Report Date, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

WHEREFORE, IT IS ORDERED THAT the Defendant shall self-surrender and report to his term of imprisonment no later than sixty (60) days from the date of the last sentencing in this case, currently set for February 19, 2026, ECF. No. 784. That would be April 20, 2026.

IT IS FURTHER ORDERED THAT all conditions of release set forth in the September 25, 2019 Order remain in effect. [See, United States District Court for the Eastern District of Virginia, 1:19-cr-00253-MSN, ECF 43].

Dated this 8th day of December 2025.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE